DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.   1:04CR00362-002 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Zakkee Sears | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant and his counsel, Ralph T. DeFranco appeared before this Court on August 23, 2013, regarding a petition filed by the U.S. Probation Department.   See ECF 61 and 64.

The Court finds the defendant in violation of the terms and conditions of supervised release, and adopts the Magistrate Judge's Report & Recommendation (See docket # 68).

IT IS ORDERED that the defendant's supervised release is revoked and the defendant be committed to the custody of the Bureau of Prisons for a period of twelve months (12) months, to run consecutive to the sentence imposed in case number 5:11CR00084.  Upon release from the confinement, the period of supervised release in this case will terminate.

IT IS SO ORDERED.

  August 26, 2013                         */s/ David D. Dowd, Jr.*
Date                                      David D. Dowd, Jr.
                                          U.S. District Judge